ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 7 2010
CLERK, U.S. DISTRICT COURT
By _____ Deputy  10:00 am

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. |
| | § § | 3-10CR 092-B |
| CLINT EUGENE WILSON | § | |

INDICTMENT

The Grand Jury charges:

Count One
Felon in Possession of a Firearm
(Violation of 18 U.S.C. § 922(g)(1) and 924(a)(2))

On or about December 7, 2009, in the Dallas Division of the Northern District of Texas, the defendant **Clint Eugene Wilson**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is a felony, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to-wit: one Norinco SKS 7.62 Assault Rifle, serial number 1818795.

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Clint Eugene Wilson**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including but not limited to the following:

(1)  a Norinco SKS 7.62 Assault Rifle, serial number 1818795

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce St., Suite 300
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.767.4104

**Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
APR - 7 2010
CLERK, U.S. DISTRICT COURT
By _____ Deputy   10:00 am

THE UNITED STATES OF AMERICA

v.

CLINT EUGENE WILSON

INDICTMENT       3 - 10 CR 092 - B

18 U.S.C. § 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

_____  FOREPERSON

DALLAS

Filed in open court this ___7___ day of April, 2010

_____ Clerk

Warrant to Issue

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Criminal Complaint Pending

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

|  | Related Case Information |
|---|---|
| Superseding Indictment: | __Yes  _X__No |
| New Defendant: | _X_Yes  ___No |
| Pending CR Case in NDTX: | ___Yes  _X__No (If yes, CR #:) |
| Search Warrant Case Number: | |
| Rule 20 from District of: | |
| Magistrate Case Number: | |

1. **Defendant Information**

   Juvenile: ☐ Yes  [X] No

   Matter to be sealed: ☐ Yes  [X] No

   Defendant Name: **CLINT EUGENE WILSON (1)**

   Alias Name:

   Address:

   County in which offense was committed: **Dallas**

2. **U.S. Attorney Information**

   Errin Martin      Bar #: Texas No. 24032572

3. **Interpreter**

   ☐ Yes  [X] No

   If Yes, list language and/or dialect:

   RECEIVED
   APR - 7 2010
   10:00 am
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

4. **Location Status WARRANT TO ISSUE**

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1   ☐ Petty  ☐ Misdemeanor  [X] Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 1 |
   | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) | Forfeiture Notice | |

   Date 5 Apr 2010   Signature of AUSA: Errin Martin